Bart COOK, Walter Charlton, and Murray Sears v. UNITED STATES.

No. 6036.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

John W. Hilldrop, of Nashville, Tenn., for appellants.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.